1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 KAI CUI,                                )
                                           ) Case No. 06-6686 SI
13              Plaintiff,                 )
                                           )
14         v.                              )
                                           )
15 ALBERTO R. GONZALES, Attorney General of )  **STIPULATION TO DISMISS**
   the United States; MICHAEL CHERTOFF,    )  **WITHOUT PREJUDICE; AND**
16 Secretary of the Department of Homeland Security; ) **[PROPOSED] ORDER**
   EMILIO GONZALEZ, Director of United States )
17 Citizenship and Immigration Services; ROBERT )
   MUELLER, Director of the Federal Bureau of )
18 Investigation; CHRISTINA POULOS, Acting  )
   Director of the California Service Center, )
19                                         )
                Defendants.                )
20 _____ )

21     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

25 adjudicate such application within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stip. to Dismiss
C06-6686 SI                              1

1 Date: January 10, 2007                Respectfully submitted,

2                                       KEVIN V. RYAN
                                        United States Attorney
3
4                                       /s/
5                                       EDWARD A. OLSEN
                                        Assistant United States Attorney
6                                       Attorneys for Defendants
7
8
9 Date: January 10, 2007                /s/ fax signature
                                        ─────────────────────────
10                                      TRICIA WANG
                                        Attorney for Plaintiff
11
12
13                                      **ORDER**
14     Pursuant to stipulation, IT IS SO ORDERED.
15
16 Date:                                /s/ Susan Illston
                                        ─────────────────────────
17                                      SUSAN ILLSTON
                                        United States District Judge
18

Stip. to Dismiss
C06-6686 SI                             2

| | |
|---|---|
| Date: January ___, 2007 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br><br>_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: January 10, 2007 | _____<br>TRICIA WANG<br>Attorney for Plaintiff |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

SUSAN ILLSTON
United States District Judge

Stip. to Dismiss
C06-6686 SI

2